**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

▮▮▮▮▮▮▮▮▮

    Plaintiff,

v.

The Partnerships and Unincorporated
Associations Identified on Schedule A,

    Defendants.

Case No.: 1:22-cv-00506

**FILED UNDER SEAL**

### Schedule A to the Complaint

1

**This Document Is Fully Redacted**