**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TRIUMPH DESIGNS, LTD., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:22-CV-00506 <br><br><br> JUDGE STEVEN C. SEEGER |

### DECLARATION OF ANN MARIE SULLIVAN

I, Ann Marie Sullivan, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, Triumph Designs, Ltd. ("Triumph" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Since and pursuant to entry of the Temporary Restraining Order [Docket No. 17], several financial accounts associated with the Defendants have been frozen.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the May 3, 2022 at Chicago, Illinois.

/s/ Ann Marie Sullivan
Counsel for Plaintiff
Triumph Designs, Ltd.