# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRIUMPH DESIGNS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 22-cv-00506 <br><br> **Judge Steven C. Seeger** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 24, 2022 [49], in favor of Plaintiff Triumph Designs, Ltd. ("Plaintiff") against the Defendants Identified on Schedule A in the amount of five thousand dollars ($5,000.00) per Defaulting Defendant for willful use of counterfeit versions of Plaintiff's Trademarks in connection with the offer for sale and/or sale of products through at least the Seller Aliases. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| **Defendant Seller Alias** | **Schedule A Line No.** |
|---|---|
| NATBEA | 77 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 28th day of November 2023.	Respectfully submitted,

        /s/ Martin F. Trainor
        Martin F. Trainor
        Sydney Fenton
        TME Law, P.C.
        10 S. Riverside Pl., Suite 875
        Chicago, Illinois 60666
        708.475.1127
        martin@tme-law.com
        sydney@tme-law.com

*Counsel for Plaintiff Triumph Designs, Ltd.*